

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2022

No. 04-22-00107-CV

**IN RE JBS CARRIERS, INC. and Alicia Faye Roberts**

Original Proceeding[1]

**ORDER**

In accordance with this court's opinion of this date, relators' motion to dismiss is GRANTED, and this original proceeding is DISMISSED. Relators' motion for temporary relief is DENIED AS MOOT.

It is so **ORDERED** on April 6, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2020CI07282, styled *Elizabeth Serrano v. Alicia Faye Roberts and JBS Carriers, Inc.*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.